UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. **21-MJ-0842** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) | Title 18, USC 111 Assault on a |
| | ) | Federal Officer |
| | ) | |
| Glory EYRAUD, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about March 03, 2021, within the Southern District of California, defendant, Glory EYRAUD, did knowingly and intentionally, willfully and forcibly assault, a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent A. Benchekroun, in that Defendant, intentionally, willfully, and forcibly drove her vehicle into the rear driver's side quarter panel of the vehicle that Agent A. Benchekroun was driving while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

**SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 4, 2021.**

HON. KAREN S. CRAWFORD

CONTINUATION OF COMPLAINT:
Glory EYRAUD

## PROBABLE CAUSE STATEMENT

On March 4, 2021, Border Patrol Agent A. Benchekroun and C. Ontiveros were conducting assigned duties in the Campo Border Patrol Station's area of responsibility. Agent Benchekroun was in plain clothes with badge fully visible, driving an unmarked vehicle with Agent Ontiveros in the passenger seat.

At approximately 4:00 PM Agent Benchekroun and Agent Ontiveros responded to an alert broadcasted by San Diego Sector dispatch of a vehicle failing to yield to Border Patrol agents attempting to conduct a vehicle stop on a Black Toyota Camry. The vehicle pursuit was taking place on Old Highway 80 past Jewell Valley Road/Ribbonwood Road intersection. As Agent Benchekroun arrived in the area he noticed the Black Camry was still failing to yield and that there was a Border Patrol Vehicle in front of the suspect vehicle attempting to perform a box in maneuver and prevent the Black Camry from driving away. Supervisory Border Patrol Agent Reilly, advised via agency radio that he approved the box in maneuver on the Black Camry. Agent Benchekroun, with emergency lights and siren activated, positioned his vehicle to assist with the box in maneuver.

The driver of the vehicle, later identified as the defendant, Glory EYRAUD, swerved towards Agent Benchekroun attempting to make physical contact with his vehicle. Agent Benchekroun noticed EYRAUD was then attempting to swerve back to the right attempting to make physical contact with one of the other Border Patrol vehicles.

After the attempted maneuvers, EYRAUD then aggressively applied the brakes, thereby positioning herself immediately behind Agent Benchekroun. Due to the previous dangerous maneuvers of EYRAUD, Agent Benchekroun continued towards the shoulder of the westbound lane of Old Highway 80. As Agent Benchekroun was moving towards the shoulder, EYRUAD swerved towards Agent Benchekroun's vehicle and made contact with the rear quarter panel. At this point, Agent Benchekroun's vehicle and the Black Camry came to a complete stop.

The driver side door of Agent Benchekroun's vehicle was pinned closed due to the physical contact of the Black Camry. Agent Benchekroun exited his vehicle through the window and began to give EYRAUD commands to put her hands up. As Agent Benchekroun was standing there, he could see that EYRAUD was reaching under her seat. Agent Benchekroun continued to give commands to EYRAUD to stop reaching under her seat and to show him her hands. Other agents were at the front driver door of the Blackk Camry attempting to open the door to get EYRAUD into custody. The door was locked and EYRAUD was not complying with

**CONTINUATION OF COMPLAINT:**
 Glory EYRAUD

commands to open the door. Agent Benchekroun grabbed his window punch and broke the front driver window of the Black Camry. Agents were then able to unlock the door and get EYRAUD out and into custody. At approximately 5:20 PM, Agent Benchekroun placed EYRAUD under arrest.